```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
JUAN ANTONIO BAEZ,                                  :
                                                    :
                        Plaintiff,                  :
                                                    :           25 Civ. 5733 (JPC)
        -v-                                         :
                                                    :                ORDER
FRANK BISIGNANO, Commissioner of Social Security,   :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court's July 18, 2025 Order directed the parties to file a joint letter within two weeks of the date of that order, *i.e.* no later than August 1, 2025, indicating whether they consent to conducting all proceedings in this matter before the Honorable Jennifer Willis. Dkt. 6. That deadline has passed and no such letter has been filed. The Court *sua sponte* extends the parties' deadline to August 8, 2025. The parties are cautioned that failure to abide by court orders may result in sanctions, including dismissal of this action for failure to prosecute.

SO ORDERED.

Dated: August 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge