# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
***mail all correspondence*

February 23, 2026

Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

> This request is GRANTED *nunc pro tunc*. The parties are reminded that future requests for extensions must comply with this Court's Individual Practices in Civil Cases at **§** I.C.
>
> The amended briefing schedule is now as follows:
> - Plaintiff's opening brief: **March 2, 2026**
> - Defendants' response: **May 1, 2026**
> - Plaintiff's reply: **May 22, 2026**
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> February 24, 2026

**Re: Juan Antonio Baez v. Comm'r of SSA  1:25-cv-05733-JPC-JW**

Dear Honorable Judge Willis:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on February 23, 2026.  Due to recent staffing change in conjunction with multiple briefs coming due on or about the same date, in part as a result of the end of administrative stays connected to government funding, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 7 days, through and including March, 2, 2026. No previous request for an extension has been made in this case, and the Defendant has given consent and further requests that the date for his brief in response be extended to May 1, 2026, 60 days from Plaintiff's due date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Heetano Shamsoondar, Esq.   (Via ECF)
        Attorney for Defendant.