**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 JUAN ANTONIO BAEZ,

                              Plaintiff,              25 **CIVIL** 5733 (JPC)(JW)

        -v-                                           **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 7, 2026, the Commissioners decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a

hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

 **Dated:**   New York, New York
            May 8, 2026

                                                  _____
                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**


                                    **BY:**

                                                  _____
                                                  **Deputy Clerk**